# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN JENKINS, an Individual<br><br>    Plaintiff,<br><br>        v.<br><br>PALISADES COLLECTION, LLC, is a Corporation; TRANSUNION, LLC, is a business entity, form unknown; VERIZON and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.  2:08-cv-08451-GAF-CW<br><br>**ORDER ON STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

PURSUANT TO the attached Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that a protective order be entered forthwith pursuant to the terms of the Stipulation filed herewith.

DATED:  _May 7, 2009_____     _____/s/_____
　　　　　　　　　　　　　　　　　　　　THE HON. CARLA M. WOEHRLE
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

639134.1

**[PROPOSED] ORDER ON STIPULATION FOR ENTRY OF PROTECTIVE ORDER**